IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES HENRY MAXWELL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) No. CIV-22-475-C |
| STATE OF OKLAHOMA ATTORNEY GENERAL, et al., | ) |
| Defendants. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Amanda Maxfield Green on September 13, 2022. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 10) of the Magistrate Judge is adopted and the complaint is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 18th day of October 2022.

ROBIN J. CAUTHRON
United States District Judge